**FILED**
Jun 15, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES FIELD,<br><br>　　　　　　　　Defendant. | CASE NO. 1:20-CR-00238-JLT-SKO<br><br>ORDER TO UNSEAL REDACTED SECOND SUPERSEDING INDICTMENT |
|---|---|

　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that a redacted version of the Second Superseding Indictment filed on May 11, 2023, and docket as to defendant James Field be unsealed and become public record, and that the unredacted Second Superseding Indictment remain under seal.

DATED: __6/15/23__　　　　　　　　　　　　　____B. McAuliffe____
　　　　　　　　　　　　　　　　　　　　　　　HON. BARBARA A. MCAULIFFE
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE