K. ALEXANDRA McCLURE - CASBN 189679
Law Offices of Alexandra McClure
214 Duboce Avenue
San Francisco, CA 94103-1008
(415) 814-3397
alex@alexmcclurelaw.com

SUSAN K. MARCUS - NYSBN 3985074, PHV
Law Firm of Susan K. Marcus
29 Broadway, Suite 1412
New York, NY 10006
(212) 792-5131
susan@skmarcuslaw.com

Attorneys for Defendant JAMES FIELD

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES FIELD,<br><br>Defendant. | Case No.  20-CR-00238-JLT-SKO<br><br>**ORDER re JAMES FIELD'S REQUEST AND WAIVER OF PERSONAL APPEARANCE AT APRIL 4, 2024 STATUS HEARING** |

Please take notice that pursuant to Federal Rule of Criminal Procedure 43(b)(3) James Field hereby waives his appearance in person in open court at the status hearing set for April 4, 2024, at 3:00 p.m. in Courtroom 3 of the above-entitled court. Mr. Field requests that the Court proceed in his absence and agrees that his interests will be deemed represented at the hearing by the presence of his attorney, K. Alexandra McClure.

Dated: March 29, 2024.                              Respectfully submitted,

                                                    _/s/ K. Alexandra McClure_
                                                    K. ALEXANDRA McCLURE

                                                    _/s/ Susan K. Marcus_
                                                    SUSAN K. MARCUS

                                                    Attorneys for Defendant James Field

# ORDER

IT IS HEARBY ORDERED that defendant James Field is excused from appearing at the court hearing scheduled for April 4, 2024.

**IT IS SO ORDERED.**

Dated: 4/1/2024

*Sheila K. Oberto*
**JUDGE SHEILA K. OBERTO**